IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PF PENNSYLVANIA

| | | |
|---|---|---|
| MAGDA I. CABRERA GALARZA,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>Defendant | : | NO. 09-4131 |

**ORDER**

**AND NOW**, this 19th day of August, 2010, upon independent review of Plaintiff's "Motion in Support of Request for Review" (Doc. 7), Defendant's "Response to Request for Review of Plaintiff" (Doc. 8), Plaintiff's reply (Doc. 9) as well as the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

BY THE COURT:

_____ J.
J. CURTIS JOYNER